IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRANCH BANKING AND TRUST COMPANY | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| REGIONS BANK, | § § | Civil Action No. 3:17-cv-03399-L |
| Garnishee, and | § § | |
| HARCHARAN SINGH NARANG M.D. P.A., NORTH CYPRESS CLINIC ASSOCIATES, P.A., HARCHARAN SINGH NARANG M.D., and RANJIT KAUR, | § § § § § § | |
| Judgment Debtors. | § | |

## AGREED JUDGMENT OF GARNISHMENT

On this day, the court considered Plaintiff's Motion for Entry of Judgment in Garnishment Action and accompanying Agreed Judgment of Garnishment. The court found that Plaintiff / Garnishor sought and received a writ of garnishment in this case and that Garnishee timely filed an answer. The court also found that Plaintiff properly served Judgment Debtors Harcharan Singh Narang M.D. and Ranjit Kaur with a copy of the writ of garnishment in accordance with Tex. R. Civ. P. 663a, applicable to these proceedings pursuant to Fed. R. Civ. P. 69. The court therefore concluded that it should render judgment in accordance with the pleadings on file and as set forth herein, and makes the following orders:

**ORDERED** that Garnishor will recover the sum of $4,965.26 in funds of Judgment Debtors Dr. Narang and Ms. Kaur that Garnishee is holding pursuant to the writ of garnishment issued in this case. That sum is to be credited toward the Judgment in Cause No. 3:17-cv-00017-K, rendered in this Court in favor of Garnishor against Judgment Debtors on June 27, 2017.

**ORDERED** that Garnishee is awarded judgment for its costs and expenses, including reasonable attorneys' fees, pursuant to Tex. R. Civ. P. 677, in the sum of $850 against Judgment Debtors to be paid from the funds of Judgment Debtors Dr. Narang and Ms. Kaur that Garnishee is holding pursuant to the writ of garnishment issued in this case.

**ORDERED** that upon payment of the sums set forth above, any other funds and effects being held by Garnishee pursuant to the writ of garnishment issued in this case are to be released.

**ORDERED** that Garnishee is discharged of further liability to Garnishor and Judgment Debtors to the extent of the funds garnished herein.

**ORDERED** that if this judgment is set aside, reformed, or reversed by any court, Garnishor and Garnishee shall immediately return all funds awarded them to the registry of this Court.

**ORDERED** that except as set forth above, all costs of court herein are taxed against the party incurring same. This judgment disposes of all claims and all parties, is appealable, and therefore is a final disposition of this cause.

SIGNED on this date: _May 30, 2018_

_____
Hon. Sam A. Lindsay

| Approved As To Form & Submitted For Entry: | Approved As To Form Only: |
|---|---|
| JOHNSTON PRATT PLLC | CLARK HILL STRASBURGER, LLP |

By: s/ *Kenneth C. Johnston*
    Kenneth C. Johnston
    Texas Bar No. 00792608
    kjohnston@johnstonpratt.com
    Daniel Klein
    Texas Bar No. 24052277
    dklein@johnstonpratt.com

Comerica Bank Tower
1717 Main Street, Suite 3000
Dallas, Texas 75201
(214) 974-8000 Main
(972) 474-1723 D. Klein Direct

*Attorneys for Plaintiff*
*Branch Banking and Trust Company*

By: [signature]
    Andrew L. Kerr
    Texas Bar No. 11339500
    andy.kerr@clarkhillstrasburger.com
    Tate Hemingson
    Texas Bar No. 24064370
    tate.hemingson@clarkhillstrasburger.com

901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 651-4300
(214) 651-4330 (Facsimile)

*Attorneys for Garnishor,*
*Regions Bank*